### 12551. IOWA CITY STATE BANK *v.* STOVALL.

JENKINS, P. J. The first grant of a new trial will not be disturbed, except where the record affirmatively shows that the verdict rendered represents the only result legally possible in the case. Since, under the testimony adduced, the jury could have found that the plaintiff's title to the notes sued on was acquired after their maturity, the defendant was entitled to prove, if he could, the equities pleaded as a defense under the contract made with the original payee.

> *Judgment affirmed. Stephens and Hill, JJ., concur.*
> DECIDED DECEMBER 14, 1921.

Complaint; from city court of Leesburg — Judge Martin. December 27, 1920.

*J. B. Hoyl,* for plaintiff in error.

---

### 12554. RENDER *v.* DIXON.

JENKINS, P. J. The motion for a new trial in this case does not complain of any error of law, but is based upon the general grounds only. Under one view of the testimony, the verdict rendered for the plaintiff can be sustained, and the judgment overruling the motion for new trial must therefore be    *Affirmed. Stephens and Hill, JJ., concur.*

> DECIDED DECEMBER 14, 1921.

Complaint; from city court of LaGrange — Judge Duke Davis. May 2, 1921.

*E. T. Moon,* for plaintiff in error.    *L. B. Wyatt,* contra.